# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TIMOTHY EICHENBERG**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　Case No. **4:17-cv-00336 KGB**

**BRETT CARPENTER,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court is plaintiff Timothy Eichenberg's motion for voluntary dismissal (Dkt. No. 51). Mr. Eichenberg informs the Court that the parties have reached a settlement agreement in this case, and he moves to dismiss his complaint pursuant to Federal Rule of Civil Procedure 41(a) (*Id.*, ¶¶ 1-2). For good cause shown, the Court grants Mr. Eichenberg's motion and dismisses this case with prejudice (Dkt. No. 51).

It is so ordered this 21st day of November, 2019.

_____
Kristine G. Baker
United States District Judge